GARY M. RESTAINO
United States Attorney
District of Arizona

RAYNETTE M. LOGAN
Arizona State Bar No. 016695
JENNIFER E. LAGRANGE
California State Bar No. 238984
Email: jennifer.lagrange@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff

```
_X_ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    NOV 2 6 2024

 CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-1939-PHX-SMB (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 113(a)(3) (CIR-Assault with a Dangerous Weapon) Count 1 |
| Joseph Nicholas Notah, | 18 U.S.C. § 924(c)(1)(A)(ii) (Using and Brandishing a Firearm During, In Relation to, and In Furtherance of a Crime of Violence) Count 2 |
| Defendant. | 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about June 1, 2024, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant, JOSEPH NICHOLAS NOTAH, an Indian, did intentionally and knowingly assault J.B., with a dangerous weapon, a rifle, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 2

On or about June 1, 2024, in the District of Arizona, Defendant, JOSEPH NICHOLAS NOTAH, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, and did knowingly possess and brandish a firearm in furtherance of a crime of violence, that is Assault with a Dangerous Weapon as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable, including, but not limited to, the following property involved and used in the offense:

1. A Del-Ton Inc. model DTI-15, 5.56mm, semi-automatic rifle, bearing serial number DTI-S275720, and
2. Various rounds of 5.56 ammunition

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

-3-

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: November 26, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
RAYNETTE M. LOGAN
JENNIFER E. LAGRANGE
Assistant U.S. Attorneys