

U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square          Main:     (602) 514-7500
40 N. Central Ave., Suite 1800  Main Fax: (602) 514-7693
Phoenix, AZ 85004-4449

November 26, 2024

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

     NOV 2 6 2024

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Honorable Alison S. Bachus
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 323
401 W. Washington Street, SPC 56
Phoenix, Arizona 85003

    Re:    *United States v. Joseph Nicholas Notah*
           USAO No. 2024R06770
           Court No.

CR-24-1939-PHX-SMB (ESW)

Dear Judge Bachus:

    This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that a conflict may exist because this case is assigned to Raynette Logan.

                Sincerely,

                GARY M. RESTAINO
                United States Attorney
                District of Arizona


                *s/Raynette M. Logan*
                RAYNETTE M. LOGAN
                Assistant United States Attorney



U.S. Department of Ju

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004-4449 | Main: (602) 514-7500<br>Main Fax: (602) 514-7693 |

November 26, 2024

Honorable Krissa M. Lanham
U.S. District Judge
Sandra Day O'Connor U.S. Courthouse, Suite 410
401 W. Washington Street, SPC 48
Phoenix, Arizona 85003

    Re:   *United States v. Joseph Nicholas Notah*
            USAO No. 2024R06770
            Court No.

Dear Judge Lanham:

    This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that:

☐    <u>A CONFLICT MAY EXIST</u>

        ☐    The case or matter was in the Appellate Division of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that division (**February 13, 2015, through June 2, 2024**).

        ☐    My review of the file indicates that you had direct involvement in this case or matter, including in an advisory capacity, while you were serving as an Assistant United States Attorney in the United States Attorney's Office for the District of Arizona (**September 27, 2009, through June 2, 2024**).

☒    <u>NO PROBABLE CONFLICT</u>

        ☒    My review of the file and/or court docket indicates (1) you did not have direct involvement in this case or matter, and (2) the case or matter was not in the Appellate Division of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that division.

                Sincerely,

                GARY M. RESTAINO
                United States Attorney
                District of Arizona

                *s/Raynette M. Logan*
                RAYNETTE M. LOGAN
                Assistant United States Attorney

RML/sl



U.S. Department of Justice

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004-4449 | Main:      (602) 514-7500<br>Main Fax: (602) 514-7693 |

November 26, 2024

Honorable Steven P. Logan
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 W. Washington Street, SPC 82
Phoenix, Arizona 85003

      Re:    *United States v. Joseph Nicholas Notah*
            USAO No. 2024R06770
            Court No.

Dear Judge Logan:

      This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that a conflict may exist because this case is assigned to Raynette Logan.

      Sincerely,

      GARY M. RESTAINO
      United States Attorney
      District of Arizona

      *s/Raynette M. Logan*
      RAYNETTE M. LOGAN
      Assistant United States Attorney