☒ FILED   ☐ LODGED
**Dec 03 2024**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America | |
|---|---|
| v. | CR 24-1939-PHX-SMB-(ESW) |
| Joseph Nicholas Notah | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant U.S. Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ad prosequendum and avers:

1. Joseph Nicholas Notah, DOB: 2005,
2. Detained by Gila River Department of Rehabilitation and Supervision. 639 W. Seed Farm Rd., Sacaton, AZ 85147
3. Detainee is charged in this district by indictment.
4. Appearance is necessary on January 8, 2025 at 10:00 AM
   - ☐ before the Federal Grand Jury at the U.S. Courthouse for the district
   - ☒ in Courtroom Number 303 (DMF) for Initial Appearance and Arraignment

It is also petitioned that the Court inform all parties to the Writ that third party custody of said detainee may be granted to other federal law enforcement officer(s) in order to transport said detainee to the U.S. Attorney's Office for purposes of witness preparation, debriefing and/or plea negotiation and that counsel for said detainee will be notified of such request prior to any court order being issued.

Date: _____

RAYNETTE LOGAN
Digitally signed by RAYNETTE LOGAN
Date: 2024.12.02 16:06:27 -07'00'

Raynette Logan, Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The instant application is granted and the above-named custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned Gila River Department of Rehabilitation unless otherwise ordered by the Court. All parties of this Writ are notified that third party custody of said detainee may be granted as referenced above and that detainee's counsel will be notified prior to any such court order being issued.

Date: 12/2/2024

Honorable Eileen S. Willett
United States Magistrate Judge

ISSUED ON 9:22 am, Dec 03, 2024
s/ Debra D. Lucas, Clerk