**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-01939-001-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph Nicholas Notah, | |
| Defendant. | |

The Court has considered the Defendant's Motion to Reconsider Release of the Defendant (Doc. 31), the Government's Response (Doc. 36), the oral argument of counsel, and authorities cited.

The Court finds that the Defendant has failed to meet his burden of proof.

On December 5, 2024, the Defendant submitted the issue of detention to the Court at his Initial Appearance (Doc. 11). The Defendant was detained as both a danger to the community and a flight risk, as there was probable cause to believe the Defendant had committed a violation of 18 U.S.C. § 924(c), and the Defendant had not rebutted the presumption that no condition or combination of conditions would reasonably assure his appearance or the safety of the community (Doc. 13). The Court was aware through the Pretrial Services Report that Defendant had been a paraplegic since June 1, 2024 (Doc. 10).

No new facts or changes in the law not known at the time of the Initial Appearance relevant to the issue of detention have been presented. The Court has not committed clear error, nor was the initial decision manifestly unjust. *See School Dist. No. 1J, Multnomah*

1  *County v, AC and S, Inc.*, 5F.3d 1255, 1263 (9th Cir. 1993); LRCiv 7.2(g).  Defendant's concerns regarding conditions of confinement are not properly before the Court on a Motion for Reconsideration.

IT IS ORDERED denying Defendant's Motion to Reconsider Release of the Defendant (Doc. 31).

Dated this 27th day of January, 2025.

*[signature]*
Honorable Eileen S. Willett
United States Magistrate Judge